**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:13cr331** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **ANDREW J. FRANZ,** | ) | **ORDER ADOPTING** |
| | ) | **REPORT AND RECOMMENDATION** |
| | ) | **OF MAGISTRATE JUDGE** |
| | ) | |
| Defendant. | ) | |

The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge McHargh to the charge in the Information.  The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied. THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge McHargh, approves the plea agreement, accepts the Defendant's offer of guilt and finds the Defendant guilty as charged in the Information.

The signed Plea Agreement shall be filed as of the date of this Order.

IT IS SO ORDERED.

Date 8/9/2013

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge